1 AARON D. FORD
   Attorney General
2 MEREDITH N. BERESFORD, Bar No. 13308
   Deputy Attorney General
3 State of Nevada
  Public Safety Division
4 100 N. Carson Street
  Carson City, NV 89701-4717
5 Tel: (775) 684-1120
  E-mail: mberesford@ag.nv.gov
6

7 *Attorneys for Defendants*

8

9 UNITED STATES DISTRICT COURT

10 DISTRICT OF NEVADA

11 BERNARD YOUNG,

12       Plaintiff,      Case No. 3:19-cv-00227-MMD-WGC

13 vs.

14 ESTILL, et al.,      **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

15       Defendants.

16     IT IS HEREBY STIPULATED by and between Bernard Young and Defendants, by and through

17 counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Meredith N. Beresford, Deputy

18 Attorney General, hereby stipulate and agree, based upon the agreement to settle between the parties,

19 that the above-captioned action should be dismissed with prejudice by order of this Court, with each

20 party to bear his own costs.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs.

DATED this 21 day of Sep, 2020.   DATED this 24 day of Sep, 2020

AARON D. FORD
Attorney General

By: _____          By: _____
BERNARD YOUNG                                            MEREDITH N. BERESFORD, Bar No. 13308
*Plaintiff*                                                              Deputy Attorney General
                                                                             *Attorneys for Defendants*


**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED: September 24, 2020

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 24th day of September, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Bernard Young #1125646
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General